Mark E. Ferrario, Esq. (Nevada Bar No. 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com

Casie Collignon *(pro hac vice forthcoming)*
Matthew D. Pearson *(pro hac vice forthcoming)*
**BAKER HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile:  (303) 861-8705
ccollignon@bakerlaw.com
mpearson@bakerlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>Defendant. | Case No.:  20-cv-00534-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT [ECF 2]**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Golden Entertainment (NV), Inc. ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry ("Plaintiffs"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint from April 8, 2020 to  May 8, 2020.

The request is not for the purpose of delay and was necessitated due to the recent retention of counsel and the need for investigation into the basis for a responsive pleading.  This is the first request by the parties.

DATED this 8th day of April, 2020                    DATED this 8th day of April, 2020

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

GREENBERG TRAURIG, LLP

By: /s/ Don Springmeyer
    Don Springmeyer (SBN 1021)
    Daniel Bravo (SBN 13078)
    A. Jill Guingcangco (SBN 14717)
    3556 E. Russell Road, 2nd Floor
    Las Vegas, NV  89120

*Attorneys for Plaintiffs*

By: /s/ Mark E. Ferrario
    Mark E. Ferrario, Esq.
    (Nevada Bar No. 1625)
    **GREENBERG TRAURIG, LLP**
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135

Casie Collignon
*(pro hac vice forthcoming)*
Matthew D. Pearson
*(pro hac vice forthcoming)*
**BAKER HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: April 8, 2020