Mark E. Ferrario (Nevada Bar No. 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Telephone: (702) 938-6870
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com

Casie D. Collignon (*pro hac vice forthcoming*)
Matthew D. Pearson (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone:     (303) 861-0600
Facsimile:      (303) 861-7805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>Defendant. | Case No.:  20-cv-00534-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT [ECF 2]**<br><br>(Second Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Golden Entertainment (NV), Inc. ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry (collectively, "Plaintiffs"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint from May 8, 2020 to May 22, 2020.

*ACTIVE 50289840v1*

1    The request is being made to allow the parties to explore early resolution of the case and

2  is not for purposes of delay.  This is the second request by the parties.

3  DATED this 4th day of May, 2020          DATED this 4th day of May, 2020

4  WOLF, RIFKIN, SHAPIRO, SCHULMAN          GREENBERG TRAURIG, LLP
   & RABKIN, LLP
5

6  By:/s/ Don Springmeyer                   By: /s/ Mark E. Ferrario
       Don Springmeyer (SBN 1021)               Mark E. Ferrario (Nevada Bar No. 1625)
7      Daniel Bravo (SBN 13078)                 10845 Griffith Peak Drive, Suite 600
       A. Jill Guingcangco (SBN 14717)          Las Vegas, NV 89135
8      3556 E. Russell Road, 2nd Floor          Tel: (702) 938-6870
       Las Vegas, NV  89120                     Fax: (702) 792-9002
9      Tel: (702) 341-5200                      ferrariom@gtlaw.com
       Fax: (702) 341-5300
10     dspringermeyer@wrslawyers.com
       dbravo@wrslawyers.com                    *Attorneys for Defendant*
11     ajg@wrslawyers.com

12
       Yitzchak Kopel
13     Max S. Roberts
       BURSOR & FISHER, PA
14     888 Seventh Avenue, Third Floor
       New York, NY  10019
15     Tel: (646) 837-7150
       Fax: (212) 989-9163
16

17     *Attorneys for Plaintiffs*

18

19                                           IT IS SO ORDERED:

20

21                                           _____

22                                           UNITED STATES MAGISTRATE JUDGE
                                             DATED:  May 5, 2020
23

24

25

26

27
                                    Page 2 of 3
28

4843-4398-0731.2

*ACTIVE 50289840v1*