Mark E. Ferrario (Nevada Bar No. 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 938-6870
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com

Casie D. Collignon (*pro hac vice*)
Matthew D. Pearson (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone:  (303) 861-0600
Facsimile:  (303) 861-7805

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>Defendant. | Case No.: 20-cv-00534-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF 2]**<br><br>(Third Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Golden Entertainment (NV), Inc. ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry (collectively, "Plaintiffs"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint from May 22, 2020 to June 5, 2020. The parties have been engaged in settlement discussions and believe the extension requested herein may provide the parties with sufficient time to fully explore resolution without expending

ACTIVE 50605287v1

additional resources.  The request is not for purposes of delay.  This is the third request by the parties.

DATED this 21st day of May, 2020

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:    /s/ Don Springmeyer
   Don Springmeyer (SBN 1021)
   Daniel Bravo (SBN 13078)
   A. Jill Guingcangco (SBN 14717)
   3556 E. Russell Road, 2nd Floor
   Las Vegas, NV  89120
   Tel: (702) 341-5200
   Fax: (702) 341-5300
   dspringermeyer@wrslawyers.com
   dbravo@wrslawyers.com
   ajg@wrslawyers.com

   Yitzchak Kopel
   Max S. Roberts
   **BURSOR & FISHER, PA**
   888 Seventh Avenue, Third Floor
   New York, NY  10019
   Tel: (646) 837-7150
   Fax: (212) 989-9163

   *Attorneys for Plaintiffs*

DATED this 21st day of May, 2020

**GREENBERG TRAURIG, LLP**

By: /s/ Mark E. Ferrario
   Mark E. Ferrario (SNB 1625)
   10845 Griffith Peak Drive, Suite 600
   Las Vegas, NV 89135
   Tel: (702) 938-6870
   Fax: (702) 792-9002
   ferrariom@gtlaw.com

   Casie D. Collignon (*pro hac vice*)
   Matthew D. Pearson (*pro hac vice forthcoming*)
   **BAKER & HOSTETLER LLP**
   1801 California Street, Suite 4400
   Denver, Colorado 80202
   Telephone: (303) 861-0600
   Facsimile:  (303) 861-7805

   *Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 22, 2020

4830-2737-6316.1

ACTIVE 50605287v1