Mark E. Ferrario (Nevada Bar No. 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Telephone: (702) 938-6870
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com

Casie D. Collignon (*pro hac vice forthcoming*)
Matthew D. Pearson (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone:    (303) 861-0600
Facsimile:    (303) 861-7805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>Defendant. | Case No.: 20-cv-00534-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT [ECF 2]**<br><br>(Fourth Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Golden Entertainment (NV), Inc. ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry (collectively, "Plaintiffs"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint from June 5, 2020 to June 19, 2020.

As reported to the Court in prior stipulations, the parties have been engaged in settlement discussions and believe the extension requested herein may provide the parties with sufficient time

to fully explore resolution without expending additional resources. The request is not for purposes of delay. This is the fourth request by the parties.

DATED this 4th day of June, 2020

DATED this 4th day of June, 2020

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

GREENBERG TAURIG, LLP

By: */s/ Don Springmeyer*
　　Don Springmeyer (SBN 1021)
　　Daniel Bravo (SBN 13078)
　　A. Jill Guingcangco (SBN 14717)
　　3556 E. Russell Road, 2nd Floor
　　Las Vegas, NV  89120
　　Tel: (702) 341-5200
　　Fax: (702) 341-5300
　　dspringermeyer@wrslawyers.com
　　dbravo@wrslawyers.com
　　ajg@wrslawyers.com

*Attorneys for Plaintiffs*

By: */s/ Mark E. Ferrario*
　　Mark E. Ferrario (Nevada Bar No. 1625)
　　10845 Griffith Peak Drive
　　Suite 600
　　Las Vegas, NV 89135
　　Tel: (702) 938-6870
　　Fax: (702) 792-9002
　　ferrariom@gtlaw.com

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2020