Mark E. Ferrario (Nevada Bar No. 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 938-6870
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com

Casie D. Collignon (*pro hac vice forthcoming*)
Matthew D. Pearson (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone:    (303) 861-0600
Facsimile:    (303) 861-7805

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>Defendant. | Case No.:  20-cv-00534-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF 24]**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Golden Entertainment (NV), Inc. ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry (collectively, "Plaintiffs"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint from July 16, 2020 to July 30, 2020. Good cause exists to grant this Stipulation based on the following facts:

1. On March 16, 2020, Plaintiffs filed their Class Action Complaint and Jury Demand ("Complaint") in the United States District Court for the District of Nevada. [ECF 1.]

2. On April 7, 2010, the parties filed a Stipulation and Order Extending Time for Defendant to Respond to Plaintiffs' Complaint to allow counsel for Defendant sufficient time to investigate the case before responding to the Complaint. [ECF 10.]

3. On April 8, 2020, the Court granted the parties' Stipulation, continuing Defendants' responsive pleading deadline to May 8, 2020. [ECF 11.]

4. Thereafter, the parties engaged in settlement negotiations and, to allow the parties sufficient time to engage in those discussions, continued Defendant's responsive pleading to June 18, 2020 [*See* ECF 12, 16-20.]

5. On June 18, 2020, Defendant filed its Motion to Dismiss Plaintiffs' Complaint. [ECF 21.]

6. On July 2, 2020, on the day Plaintiffs' opposition to Defendant's Motion to Dismiss was due, Plaintiffs filed their First Amended Complaint. [ECF 24.]

7. Defendant's responsive pleading deadline is currently July 16, 2020. Fed. R. Civ. P. 15(a)(3).

8. Defendant has requested, and Plaintiffs have agreed to, a two-week extension of Defendant's deadline to respond to Plaintiffs' First Amended Complaint to allow Defendant sufficient time to fully evaluate Plaintiffs' First Amended Complaint while accounting for lead counsel's previously scheduled family vacation. The parties' settlement negotiations remain ongoing, as well.

/ / /

4825-1515-9491.4

9. This request is not for the purposes of delay. This is the first request by the parties to extend Defendant's deadline to respond to Plaintiffs' First Amended Complaint.

DATED this 14th day of July, 2020           DATED this 14th day of July, 2020

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **GREENBERG TRAURIG, LLP** |
| By: /s/ Don Springmeyer<br>Don Springmeyer (SBN 1021)<br>Daniel Bravo (SBN 13078)<br>A. Jill Guingcangco (SBN 14717)<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, NV 89120<br>Tel: (702) 341-5200<br>Fax: (702) 341-5300<br>dspringermeyer@wrslawyers.com<br>dbravo@wrslawyers.com<br>ajg@wrslawyers.com<br><br>Yitzchak Kopel<br>Max S. Roberts<br>**BURSOR & FISHER, PA**<br>888 Seventh Avenue, Third Floor<br>New York, NY 10019<br>Tel: (646) 837-7150<br>Fax: (212) 989-9163<br><br>*Attorneys for Plaintiffs* | By: /s/ Mark E. Ferrario<br>Mark E. Ferrario (SNB 1625)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>Tel: (702) 938-6870<br>Fax: (702) 792-9002<br>ferrariom@gtlaw.com<br><br>Casie D. Collignon (*pro hac vice*)<br>Matthew D. Pearson (*pro hac vice forthcoming*)<br>**BAKER & HOSTETLER LLP**<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202<br>Telephone: (303) 861-0600<br>Facsimile: (303) 861-7805<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 16, 2020

4825-1515-9491.4