1  Mark E. Ferrario (Nevada Bar No. 1625)
   **GREENBERG TRAURIG, LLP**
2  10845 Griffith Peak Drive, Suite 600
   Las Vegas, NV 89135
3  Telephone: (702) 938-6870
   Facsimile: (702) 792-9002
4  Email: ferrariom@gtlaw.com

5
   Casie D. Collignon (*pro hac vice*)
6  Matthew D. Pearson (*pro hac vice forthcoming*)
   **BAKER & HOSTETLER LLP**
7  1801 California Street, Suite 4400
   Denver, Colorado 80202
8  Telephone:    (303) 861-0600
9  Facsimile:    (303) 861-7805

10 *Attorneys for Defendant*

11                    **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**
13

14 | JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated, | Case No.: 20-cv-00534-JAD-DJA |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF 24]** |
| v. | |
| GOLDEN ENTERTAINMENT (NV), INC., | (Second Request) |
| Defendant. | |

22     Pursuant to Local Rules IA 6-1 and 7-1, Defendant Golden Entertainment (NV), Inc.
23 ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry (collectively, "Plaintiffs"),
24 hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant
25 to answer or otherwise respond to Plaintiffs' First Amended Complaint from July 30, 2020 to
26 August 13, 2020. Good cause exists to grant this Stipulation based on the following facts:

1. On March 16, 2020, Plaintiffs filed their Class Action Complaint and Jury Demand ("Complaint") in the United States District Court for the District of Nevada. [ECF 1.]

2. On April 7, 2020, the parties filed a Stipulation and Order Extending Time for Defendant to Respond to Plaintiffs' Complaint to allow counsel for Defendant sufficient time to investigate the case before responding to the Complaint. [ECF 10.]

3. On April 8, 2020, the Court granted the parties' Stipulation, continuing Defendants' responsive pleading deadline to May 8, 2020. [ECF 11.]

4. Thereafter, the parties engaged in settlement negotiations and, to allow the parties sufficient time to engage in those discussions, continued Defendant's responsive pleading to June 18, 2020. [*See* ECF 12, 16-20.]

5. On June 18, 2020, Defendant filed its Motion to Dismiss Plaintiffs' Complaint. [ECF 21.]

6. On July 2, 2020, Plaintiffs filed their First Amended Complaint. [ECF 24.] The First Amended Complaint included additional allegations and causes of action. [*See id.*]

7. After Plaintiffs filed their First Amended Complaint, the parties resumed settlement negotiations, taking into consideration Plaintiffs' additional allegations.

8. Defendant's responsive pleading deadline is currently July 30, 2020. [ECF 27.]

9. The parties need one week to further consider current settlement. If the parties do not decide to settle, Defendant will need one week to draft and file its Motion to Dismiss.

10. Therefore, Defendant has requested, and Plaintiffs have agreed to, a two-week extension of Defendant's deadline to respond to Plaintiffs' First Amended Complaint to allow the Parties sufficient time to (1) fully evaluate the Parties latest settlement negotiations and (2) if there is no settlement, allow Defendant to draft and file its Motion to Dismiss.

11. There will be no further extensions requested by Defendant. Either the parties will resolve the case and file with the court a Notice of Settlement, including any related briefing schedule, or Defendant will file its Motion to Dismiss on August 13, 2020.

12. This request is not for the purposes of delay. This is the second request by the parties to extend Defendant's deadline to respond to Plaintiffs' First Amended Complaint.

| | |
|---|---|
| DATED this 30th day of July, 2020 | DATED this 30th day of July, 2020 |
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | GREENBERG TRAURIG, LLP |
| By: */s/ Don Springmeyer*<br>Don Springmeyer (SBN 1021)<br>Daniel Bravo (SBN 13078)<br>A. Jill Guingcangco (SBN 14717)<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, NV 89120<br>Tel: (702) 341-5200<br>Fax: (702) 341-5300<br>dspringermeyer@wrslawyers.com<br>dbravo@wrslawyers.com<br>ajg@wrslawyers.com<br><br>Max S. Roberts (*Pro Hac Vice*)<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue, Third Floor<br>New York, NY 10019<br>Tel: (646) 837-7150<br>Fax: (212) 989-9163<br><br>*Attorneys for Plaintiffs* | By: */s/ Mark E. Ferrario*<br>Mark E. Ferrario (Nevada Bar No. 1625)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>Tel: (702) 938-6870<br>Fax: (702) 792-9002<br>ferrariom@gtlaw.com<br><br>Casie D. Collignon (*pro hac vice*)<br>Matthew D. Pearson<br>(*pro hac vice forthcoming*)<br>**BAKER & HOSTETLER LLP**<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202<br><br><br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: July 31, 2020

Page 3 of 3

4823-3381-7797.1