Mark E. Ferrario (Nevada Bar No. 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 938-6870
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com

Casie D. Collignon (admitted *pro hac vice*)
Matthew D. Pearson (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone:    (303) 861-0600
Facsimile:    (303) 861-7805
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>Defendant. | Case No.: 20-cv-00534-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT** |

Pursuant to Local Rule 7-1, Defendant Golden Entertainment (NV), Inc. ("Defendant") and Plaintiffs Jennifer Miranda and Patricia Terry (collectively, "Plaintiffs"), hereby stipulate, agree, and respectfully request that the Court (1) vacate Defendant's August 13, 2020 deadline to respond to Plaintiffs' First Amended Complaint (2) issue an order setting October 12, 2020 as Plaintiffs' deadline to file their Motion for Preliminary Approval. Good cause exists to grant this stipulation based on the following facts:

ACTIVE 52006221v1

1.  On March 16, 2020, Plaintiffs filed their Class Action Complaint and Jury Demand ("Complaint") in the United States District Court for the District of Nevada. [ECF 1.]

2.  Thereafter, the parties engaged in settlement negotiations and, to allow the parties sufficient time to engage in those discussions, continued Defendant's responsive pleading to August 13, 2020. [*See* ECF 12, 16-20, 26-29.]

3.  In light of the settlement in principle, the Parties request that the Court issue an order (1) vacating Defendant's August 13, 2020 responsive pleading deadline and (2) setting October 12, 2020 as the deadline for Plaintiffs to file their Motion for Preliminary Approval.

4.  This request is not for the purposes of delay. It is intended to allow the Parties to devote their resources to memorializing the settlement and drafting the Motion for Preliminary Approval.

| DATED this 13th day of August, 2020 | DATED this 13th day of August, 2020 |
|---|---|
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | GREENBERG TRAURIG, LLP |
| By: */s/ Don Springmeyer* <br> Don Springmeyer (SBN 1021) <br> Daniel Bravo (SBN 13078) <br> A. Jill Guingcangco (SBN 14717) <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, NV 89120 <br><br> Max S. Roberts (*Pro Hac Vice*) <br> BURSOR & FISHER, P.A. <br> 888 Seventh Avenue, Third Floor <br> New York, NY 10019 <br><br> *Attorneys for Plaintiffs* | */s/ Mark E. Ferrario* <br> Mark E. Ferrario (Nevada Bar No. 1625) <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, NV 89135 <br><br> Casie D. Collignon (admitted *pro hac vice*) <br> Matthew D. Pearson (*pro hac vice forthcoming*) <br> **BAKER & HOSTETLER LLP** <br> 1801 California Street, Suite 4400 <br> Denver, Colorado 80202 <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 14, 2020

4822-4986-2599.2