# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Miranda and Patricia Terry, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>Golden Entertainment (NV), Inc.,<br><br>Defendant | Case No.: 2:20-cv-00534-JAD-DJA<br><br>**Order Setting Hearing on Motion for Preliminary Approval of Class Action Settlement and Outlining Specific Discussion Points for Hearing**<br><br>[ECF No. 34] |

IT IS HEREBY ORDERED that plaintiff's unopposed motion for preliminary approval of class action settlement **[ECF No. 34] will be heard via videoconferencing (with no in-person appearances) at 11:00 a.m. on November 18, 2020**, in Courtroom 6D of the Lloyd D. George Federal Courthouse before U.S. District Judge Jennifer A. Dorsey.

The hearing will be heard by Zoom video conference. The courtroom administrator will provide counsel with the Zoom link to attend the video conference. Counsel is instructed to not forward the link to others. If additional participants need to appear, counsel is directed to contact the courtroom administrator Danielle Cacciabaudo at danielle_cacciabaudo@nvd.uscourts.gov.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Members of the public may access and listen to the hearing by calling 888-808-6929 and entering access code 2178469 no later than five minutes before the scheduled hearing start time.

IT IS FURTHER ORDRED that the parties should be prepared to discuss at the hearing the court's concerns that:

1. The proposed class definition uses unclear language and a term of art that is not defined within the class definition itself—Phishing Attack;

2. The short- and long-form notices contain some errors, typos, and unclear statements, which the court will identify during the hearing;

3. There is no factual or evidentiary basis to support the incentive awards that are sought for the proposed class representatives. Plaintiffs' counsel should be prepared to provide that information during the hearing or in a supplement to the motion;

4. The court was not provided with a proposed claim form to review. Plaintiffs' counsel should be prepared to provide this form during the hearing or in a supplement to the motion;

5. The proposed objection procedure is burdensome on the court and the proposed class members; and

6. The typicality prong is not clearly established. Plaintiffs' counsel should be prepared to discuss why the proposed class representatives' experiences are typical of the harm and threat suffered by the unnamed class members.

_____
U.S. District Judge Jennifer A. Dorsey
November 12, 2020