# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MIRANDA and PATRICIA TERRY, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>GOLDEN ENTERTAINMENT (NV), INC.,<br><br>                      Defendant. | Case No.: 2:20-cv-00534-APG-DJA<br><br>**ORDER APPROVING AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND INCENTIVE AWARDS** |

The Court, having reviewed the papers filed in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Expenses, and Incentive Awards for the Class Representatives, heard the arguments of counsel, and good cause appearing therefore, the motion is hereby GRANTED and it is ORDERED as follows:

1. The Court awards $224,500.00 in attorneys' fees for Bursor & Fisher, P.A. ("Class Counsel") as attorneys' fees.

2. The Court awards to Plaintiffs Jennifer Miranda and Patricia Terry $3,000.00 each as an incentive award for their participation in this matter.

3. The Court awards $481.49 to Bursor & Fisher, P.A. as reimbursement of out-of-pocket expenses in connection with the prosecution of this matter.

4. Defendant shall pay the above attorneys' fees, costs, and expenses, and incentive awards pursuant to and in the manner provided by the terms of the Settlement Agreement.

IT IS SO ORDERED.

Date: May 12, 2021

                                            United States District Judge